FILED

07 DEC 12 PM 3:57

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>THOMAS ALEJANDRO MANZANO<br>Defendant. | Crim No. 07cr2985-WQH<br><br>ORDER RE:<br>EX PARTE APPLICATION OF DEFENDANT THOMAS MANZANO FOR EXTRAORDINARY EXPENSES FOR REPRODUCTION COSTS PURSUANT TO TITLE 18 U.S.C. SECTION 3006a(d)(2) AND (5) |

Good cause appearing therefore:

IT IS HEREBY ORDERED that extraordinary expenses for reproduction costs by Copy Connection of discovery provided by the government to defendant Thomas Alejandro MANZANO to assist defense counsel Nancy Bryn Rosenfeld in connection with the above-entitled criminal case may be submitted directly to the Court for payment by Copy Connection on a CJA form for approval by the Court. By this Order, I authorize up to $1,500 in copy costs. Any additional copy costs will require a separate application.

DATED: 12/12/07

Honorable William Q. Hayes
UNITED STATES DISTRICT COURT